# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**EDDIE EARL PHILLIPS**                                              **PETITIONER**

v.                                            **CIVIL ACTION NO. 1:19-CV-243-LG-RHW**

**JOE ERRINGTON**                                                     **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on November 21, 2019. The Court, having adopted said report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed as untimely. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of January, 2020.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE